UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JO-DEE L. ORTEGO | CIVIL ACTION |
| VERSUS | NO: 13-836 |
| CONNIE STANDIGE and DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA | SECTION: J |

**ORDER**

Considering Plaintiff's *Motion for Extension of Time to File Opposition Memorandum* **(Rec. Doc. 15)** and Defendants' *Opposition* to that motion **(Rec. Doc. 16)**,

**IT IS HEREBY ORDERED** that the deadline for Plaintiff's opposition memorandum to Defendants' *Motion for Summary Judgment* **(Rec. Doc. 12)** is extended for <u>seven (7) days</u>, until and including **Tuesday, January 28, 2014.**

**IT IS FURTHER ORDERED** that the request for oral argument **(Rec. Doc. 14)** is **DENIED**, and Defendants' *Motion for Summary Judgment* **(Rec. Doc. 12)** will be heard on the briefs.

New Orleans, Louisiana, this 21st day of January, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE